■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN WILLIAMS, Appellant. [982 NYS2d 333]—Appeal by the defendant pursuant to CPL 450.10 (5) from an order of the Supreme Court, Queens County (Paynter, J.), dated September 30, 2011, which denied, without a hearing, his motion pursuant to CPL 440.30 (1-a) for forensic DNA testing of certain evidence recovered by the police.

Ordered that the order is affirmed.

The Supreme Court properly denied, without a hearing, the defendant's motion pursuant to CPL 440.30 (1-a) for forensic DNA testing of clothing of the victim recovered by the police since the defendant failed to show that there was a reasonable probability that the verdict would have been more favorable to him had DNA tests been performed (*see* CPL 440.30 [1-a]; *People*

*v Gatewood,* 105 AD3d 866 [2013]; *People v Concepcion,* 104 AD3d 442, 443 [2013]; *People v Bush,* 90 AD3d 945 [2011]; *People v Figueroa,* 36 AD3d 458, 459 [2007]). Dillon, J.P., Hall, Austin and Sgroi, JJ., concur.